
Counsel for Plaintiffs

Merrill G. Davidoff
Michael Dell'Angelo
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4608

REGINALD H. HOWE
49 Tyler Road
Belmont, MA 02478
Tel: (617) 484-0029

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| Brown v. Kinross Gold U.S.A., Inc. | CV-S-02-0605-PMP-(RJJ) |
| This Document Relates To: | **ORDER APPROVING THE FINAL DISTRIBUTION OF THE NET SETTLEMENT FUND TO AUTHORIZED CLAIMANTS AND TO PAY THE CLAIMS ADMINISTRATOR'S FEES AND EXPENSES** |
| All actions | |

1  WHEREAS, Lead Plaintiffs and Class Representatives Robert A. Brown, Glenbrook Capital LP, Andrew D. Kaufman, George P. Drake, and CN&L Investment Corp. (collectively "Lead Plaintiffs"), by and through their undersigned counsel of record, Berger & Montague, P.C. and Reginald H. Howe (individually "Lead Counsel" or collectively "Co-Lead Counsel") in the above-captioned class action litigation (the "Action"), on behalf of themselves and the members of the Settlement Class, have moved for approval of: (i) the final distribution of the Net Settlement Fund to Authorized Claimants consistent with the administrative determinations of the Claims Administrator as set forth in the Declaration of Edward J. Sincavage for Final Distribution ("Sincavage Declaration") and accompanying exhibits in support thereof; and (ii) payment of the Claims Administrator's fees and expenses.

WHEREAS, all defined terms contained in this Order shall have the same meanings as set forth in the Stipulation and Agreement of Settlement dated November 7, 2008 (Exhibit 1 to Dkt. No. 290).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The procedures used and actions taken by Heffler, Radetich & Saitta L.L.P. ("Heffler") and Plaintiffs' Lead Counsel for the administration of the Settlement are here adjudged to have been proper and complete, and the Court hereby approves the administrative determinations of Heffler in accepting and rejecting claims filed in this matter.

2. The interim administrative determinations of the Claims Administrator as set forth in the Sincavage Declaration and accompanying exhibits, accepting and rejecting the Proof of Claim forms, are hereby approved.

3. The final administrative determinations of the Claims Administrator as set forth in the Sincavage Declaration and accompanying exhibits, accepting and rejecting the Proof of Claim forms, are hereby approved.

4. The Claims Administrator is hereby directed to distribute the Net Settlement Fund to Authorized Claimants in accordance with the Claims Administrator's administrative determinations and as set forth in the Sincavage Declaration and accompanying exhibits.

5. The Court hereby approves Heffler's recommended rejection of claims identified in the Non-Payable Claims Listing, attached as Exhibit C to the Sincavage Declaration which is attached as Exhibit 1 to the Distribution Motion.

6. The Court directs that distribution checks to the Authorized Claimants shall bear the notation "Non-Negotiable After 180 Days," and that no check shall be negotiated in the Net Settlement Fund more than 200 days after the date of the check.

7. If, after the initial distribution, any funds remain in the Net Settlement Fund by reason of uncashed checks or otherwise, and, after Heffler has made reasonable and diligent efforts to have Authorized Claimants cash their distribution checks, any balance remaining in the Net Settlement Fund one year after the initial distribution of such funds shall be redistributed on a *pro rata* basis, after payment of any unpaid costs or fees incurred in administering the Net Settlement Fund for such redistribution, to Authorized Claimants who have cashed their original distribution checks and who would receive at least $50 from such redistribution. If, after six months following such redistribution, any funds remain in the Net Settlement Fund, then such balance shall be contributed to a non-sectarian, not-for-profit, 501(c)(3) organization(s) designated by Plaintiffs' Lead Counsel, subject to Court approval.

1     8.     The Claims Administrator's fees in the amount of $46,490.81 and expenses in the amount of $8,525.00 are hereby approved and may be paid to the Claims Administrator from the Settlement Fund.

    9.     Lead Plaintiffs, Plaintiffs' Counsel, Defendants, defendants' counsel, the Claims Administrator, any employees or agents of any of the foregoing, and any other persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the Proof of Claim forms, are hereby released and discharged from any claims or liability by, to or from any member of the Settlement Class, whether or not they are to receive payment from the Net Settlement Fund, or any other person in connection with the processing of Proof of Claim forms filed in this litigation and the distribution of the Net Settlement Fund in connection therewith that has been undertaken pursuant to the Orders of this Court.

IT IS SO ORDERED.

Dated: October 15, 2010.

_____
THE HONORABLE PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

kal605609