AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Robert A. Brown et al.,

           Plaintiffs,

V.

Robert M. Buchan et al.,

           Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:02-cv-00605-PMP-RJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

The Court hereby awards Lead Counsel supplemental attorneys' fees in the amount $842,300, together with interest earned thereon for the same period and at the same rate as that earned on the Net Settlement Fund until paid. The supplemental award, together with the Court's prior grant of partial attorneys' fees in the amount of $8,500,000 (Dkt. 320), constitutes 26.8% of the gross $35,778,371.25 financial benefit to the Settlement Class, less maximum expenses of $940,000, generated as a result of the litigation. Alternatively, the supplemental award, together with the Court's prior grant of partial attorneys' fees in the amount of $8,500,000, constitutes 33% of the Net Settlement Fund of $29,250,000, less the maximum expenses of $940,000.

| October 19, 2010 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Denise Saavedra |
| | (By) Deputy Clerk |