# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Brown v. Kinross Gold U.S.A., Inc. | 2:02-cv-0605-JAD-RJJ |
| This Document Relates To:<br><br>All Actions | **ORDER GRANTING REQUEST FOR DISTRIBUTION OF RESIDUAL FUNDS**<br><br>ECF Nos. 342, 343 |

    For the reasons stated in today's hearing and with good cause appearing, IT IS ORDERED that plaintiffs' motion for an order directing a *cy pres* distribution of the residual settlement funds **[ECF Nos. 342, 343] is GRANTED**. The settlement distribution to Dr. John Condie in the amount of $9,940.22 and the payment of administrative fees and costs in the amount of $20,037.29 are approved. The remaining $32,956.66 in the settlement fund shall be distributed to the Legal Aid Center of Southern Nevada.

DATED: December 8, 2022

_____
UNITED STATES DISTRICT JUDGE